

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2023

No. 04-21-00392-CV

**EILENBERGER'S, INC.** d/b/a Sunshine Distributors of SA and William L. Jones,
Appellants

v.

**WESTPOINT HOME, LLC**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08806
Honorable Aaron Haas, Judge Presiding

# O R D E R

On January 18, 2023, we issued a judgment in Appeal No. 04-21-00392-CV. On February 2, 2023, appellant filed a motion for extension of time to file a motion for rehearing. After consideration, we GRANT IN PART appellant's motion for extension of time and ORDER the motion for rehearing to be filed by **March 6, 2023.** TEX. R. APP. P. 49.8

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court